## IN THE SUPREME COURT OF THE STATE OF NEVADA

MARCUS THORNS,
Petitioner,
·vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
MICHAEL VILLANI, DISTRICT
JUDGE,
Respondents,
  and
THE STATE OF NEVADA,
Real Party in Interest.

No. 81302

**FILED**

JUL 2 9 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### ORDER DENYING PETITION FOR WRIT OF MANDAMUS OR HABEAS CORPUS

This original petition for a writ of mandamus, or in the alternative, habeas corpus, seeks a writ directing the district court to grant petitioner's pretrial habeas corpus petition, in which petitioner sought dismissal of his criminal case on the basis that the testimony presented against him violated both the hearsay rule and best evidence rule. In the alternative, petitioner seeks a writ directing the district court to hold an evidentiary hearing on the matter.

We have reviewed the documents submitted in this matter and, without deciding upon the merits of any claims raised herein, we decline to exercise our original jurisdiction in this matter. *See* NRS 34.160; NRS 34.360; NRAP 21(b)(1); *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) ("Petitioner[ ] carr[ies] the burden of demonstrating that extraordinary relief is warranted."). Petitioner has not established that an eventual appeal is an inadequate legal remedy. *Pan*,

120 Nev. at 224, 88 P.3d at 841 ("[T]he right to appeal is generally an adequate legal remedy that precludes writ relief."). We therefore conclude that interlocutory review by extraordinary writ is not warranted in this case. Accordingly, we

ORDER the petition DENIED.

_____ *Pickering* , C.J.
Pickering

_____ , J.          _____ , J.
Hardesty                            Stiglich

cc:    Hon. Michael Villani, District Judge
       Clark County Public Defender
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk